JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AVALONBAY COMMUNITIES, INC.,**<br><br>                                   Plaintiff,<br><br>         **v.**<br><br>**CONTRACTORS BONDING AND INSURANCE COMPANY; and DOES 1–100 inclusive,**<br><br>                                   Defendants. | Case No. 2:21-cv-04389-SB-KS<br><br>**FINAL JUDGMENT** |

    For the reasons set forth in the Court's separate Order on Summary Judgment, it is ORDERED AND ADJUDGED that Plaintiff AvalonBay Communities, Inc. shall take nothing on its claims against Defendant Contractors Bonding and Insurance Company.  Plaintiff's claims are DISMISSED with prejudice.  This is a Final Judgment.

Dated:  July 20, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge